UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61665-CIV-DIMITROULEAS

DANI DEL ROSARIO-CASTILLO,

    Plaintiff,

vs.

MICHAEL J. ASTRUE COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report and Recommendation [DE-23] of Magistrate Judge Snow entered on August 6, 2010.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a de novo review of the Report and record and is otherwise fully advised in the premises.  This Court agrees with the reasoning and analysis of the Magistrate Judge that Plaintiff's Motion for Judgment by the Pleadings [DE-14] be granted in part and that Defendant's Motion for Summary Judgment [DE-19] be denied.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Magistrate Judge's Report and Recommendation [DE-23] is hereby **ADOPTED**;

    2.    Plaintiff's Motion for Judgment by the Pleadings [DE-14] is hereby **GRANTED**

**in part.** This case is hereby **REMANDED** to the ALJ for a re-assessment of Plaintiff's residual functional capacity and her ability to perform her past relevant work, consistent with SSR 82-61 and SSR 82-62;

3. Defendant's Motion for Summary Judgment [DE-19] is hereby **DENIED**;

4. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of August, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Snow

Counsel of record